IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rhonda Mays, :
:
     Plaintiff(s), :
: Case Number: 1:14cv647
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
     Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 11, 2015 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 28, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

                                                                                                   s/Susan J. Dlott
                                                                               Judge Susan J. Dlott
                                                                               United States District Court